**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7335**

MIKEYLA K. MITCHELL,

        Plaintiff - Appellant,

    v.

OFFICER CORILLO; SERGEANT LUCK,

        Defendants - Appellees,

    and

PORTSMOUTH POLICE DEPARTMENT; OFFICER RUBY,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:18-cv-00100-MSD-LRL)

Submitted:  March 14, 2019                     Decided:  March 19, 2019

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mikeyla K. Mitchell, Appellant Pro Se. Derek Gerrod Challenger, OFFICE OF THE CITY ATTORNEY, Portsmouth, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mikeyla K. Mitchell appeals the district court's order dismissing one defendant and granting summary judgment to the remaining two defendants in Mitchell's 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mitchell v. Corillo*, No. 2:18-cv-00100-MSD-LRL (E.D. Va. Oct. 16, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*